IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 24  AM 6:38

CLERK, U.S. DIST. CT.
W. D. OF TN. MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CASE NO.: 04-cr-20081-1

BILLY T. PHILLIPS,

    Defendant.

### ORDER TO HIRE COMPUTER EXPERT AT GOVERNMENT EXPENSE

IT APPEARING to the Court upon motion of the Defendant, that the Defendant shall be allowed to obtain the services of a the services of a computer expert. It further appearing that if the expert fees exceed the statutory maximum set by the Criminal Justice Act then further petition shall be required by the Defendant.

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED, this 23 day of May, 2005.

_____
JUDGE JON PHIPPS MC CALLA
U.S. DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-24-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 112 in case 2:04-CR-20081 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT