IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        CASE NO.: 04-cr-20081-1

BILLY T. PHILLIPS,

    Defendant.

### ORDER SETTING ASIDE GUILTY PLEA

IT APPEARING to the Court, upon statements of the Defendant, Billy Phillips, in open court and for good cause shown, that the Defendant shall be allowed to withdraw his plea of guilty and that the Defendant shall be allowed to proceed to trial on his plea of not guilty at a date to be determined by the parties.

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED, this 23 day of May, 2005.

JUDGE JON PHIPPS MC CALLA
U.S. DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 113 in case 2:04-CR-20081 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT