IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 MAY 27 PM 2: 06

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) *Billy Thomas Phillips* ) <br> ) <br> _____ ) <br> ) <br> _____ ) <br> ) <br> _____ ) <br> ) <br> Defendant(s). ) | Criminal No. 04-20081 Ml <br><br> (30-Day Continuance) |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the June, 2005, criminal rotation calendar, but is now RESET for *TRIAL* at 9:30 AM a.m. on *MONDAY OCTOBER 3*, 2005, with trial to take place on the July, 2005 rotation calendar with the time excluded under the Speedy Trial Act through *October 14,* 2005. Agreed in open court at report date this 27th day of May, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-3-05

122

SO ORDERED this 27th day of May, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE


_____
Assistant United States Attorney


_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 122 in case 2:04-CR-20081 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT