IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 26 PM 5: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    CASE NO.: 04-cr-20081-1

BILLY T. PHILLIPS,

    Defendant.

### ORDER ON MOTION FOR STATUS CONFERENCE

**IT APPEARING TO THE COURT** for good cause shown, that a status conference shall be set in the above matter on the 2nd day of September 2005, at 10:30 AM.

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED, this 26 day of August, 2005.

_____
JUDGE JON PHIPPS MC CALLA
U.S. DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-29-05

132

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 132 in case 2:04-CR-20081 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT