IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -2 PM 5: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Crim. No. 04-20081-MI V |
| BILLY THOMAS PHILLIPS, | * | |
| Defendant. | * | |

## ORDER VACATING PRELIMINARY ORDER OF FORFEITURE

Upon motion of the United States, the Preliminary Order of Forfeiture entered in the above-styled case on August 29, 2005 is VACATED.

**IT IS SO ORDERED**, this 2 day of Sept. , 2005.

JON P. McCALLA
United States District Judge

Approved:

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
Christopher E. Cotten
Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-6-05


137

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 137 in case 2:04-CR-20081 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT