IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 25 PM 1: 53
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       CASE NO.: 04-cr-20081-1

BILLY T. PHILLIPS,

    Defendant.

## ORDER ALLOWING
## THE UNITED STATES MARSHALL TO SERVE WITNESSES

IT APPEARING to the Court for good cause shown, that Defendant's witnesses, including but not limited to Crystal Clark, Samantha Thompson, Yvonne Warren and Melinda Cocrum, shall be served by the United States Marshall and that the United States Marshall's Service shall provide witness fees for Defendant's witnesses for trial on November 14, 2005 before this Honorable Court.

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED, this 25 day of Oct. 25, 2005.

_____
JUDGE JON PHIPPS MC CALLA
U.S. DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 or 32(b) FRCrP on 10-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 142 in case 2:04-CR-20081 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT