IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -2 AM 8:15

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NO.: 04-cr-20081-1

BILLY T. PHILLIPS,

    Defendant.

---

### ORDER ON MOTION FOR STATUS CONFERENCE

---

**IT APPEARING TO THE COURT** for good cause shown, that a trial in the above matter shall be continued and that the matter be set for a status conference.

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED, this __1__ day of __Nov.__, 2005.

_____
JUDGE JON PHIPPS MC CALLA
U.S. DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-2-05

144

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 144 in case 2:04-CR-20081 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT