IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>VS<br><br>BILLY THOMAS PHILLIPS<br><br>    Defendant(s) | CR. NO. 04-20081-Ml |

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for trial on Monday, November 14, 2005 at 9:30 a.m. Counsel for the defendant requested a continuance of the present setting. The continuance is necessary to allow for additional preparation in the case.

The Court granted the request and continued the matter for a Status Conference to Monday, November 28, 2005 at 9:00 A.M. with a trial date of Monday, December 5, 2005.

The period from November 18, 2005 through December 16, 2005, is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

IT IS SO ORDERED this the 21 day of November, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 148 in case 2:04-CR-20081 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT